■ MICHAEL J. CAMPBELL, Respondent, v MITCHELL S. NUSBAUM, Appellant. [932 NYS2d 409]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.